# Third District Court of Appeal

## State of Florida

Opinion filed January 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0147
Lower Tribunal No. 22-61-M
_____

**Diane Scott,**
Appellant,

vs.

**Daniel Zieg,**
Appellee.

An Appeal from the County Court for Monroe County, James W. Morgan, III, Judge.

Diane Scott, in proper person.

Carr Allison, and Austin C. Sherman and Alison H. Sausaman (Jacksonville), for appellee.

Before EMAS, FERNANDEZ and SCALES, JJ.

PER CURIAM.

Affirmed.  See § 768.28(6)(a), Fla. Stat. (2022) (providing in part: "An action may not be instituted on a claim against the state or one of its agencies or subdivisions unless the claimant presents the claim in writing to the appropriate agency. . . within 3 years after such claim accrues . . . ."); § 768.28(6)(b), Fla. Stat. (2022) (providing that "the requirements of notice to the agency and denial of the claim pursuant to paragraph (a) are conditions precedent to maintaining an action"); Menendez v. North Broward Hosp. Dist., 537 So. 2d 89, 90 (Fla. 1988) ("Under section 768.28(6), not only must the notice be given before a suit may be maintained, but also the complaint must contain an allegation of such notice.")  See also § 768.28(9)(a), Fla. Stat. (2022) (providing in part: "An officer, employee, or agent of the state or of any of its subdivisions may not be held personally liable in tort or named as a party defendant in any action for any injury or damage suffered as a result of any act, event, or omission of action in the scope of her or his employment or function, unless such officer, employee, or agent acted in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety, or property."); Gay v. Jupiter Island Compound, 358 So. 3d 780, 788 (Fla. 4th DCA 2023) (the court is limited to the four corners of plaintiff's complaint when determining, at this stage of the proceedings, whether a state employee or agent is entitled to immunity under

2

section 768.28); <u>Peterson v. Pollack</u>, 290 So. 3d 102, 105 (Fla. 4th DCA 2020); <u>Preudhomme v. Bailey</u>, 211 So. 3d 127, 132 (Fla. 4th DCA 2017).